IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNETTE CUEVAS,

    Plaintiff,                                  No. 2:12-CV-00981-KJM-KJN

    vs.

CHECK RESOLUTION SERVICES,

    Defendant.                             <u>ORDER</u>

/

        The pretrial status conference in this matter, currently set for January 24, 2013, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to apply for default judgment. FED. R. CIV. P. 41(b).

        IT IS SO ORDERED.

DATED: January 17, 2013.

                                                  UNITED STATES DISTRICT JUDGE