UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

ANNETTE CUEVAS,

                                                                                                 DEFAULT JUDGMENT

    v.

                                                                                                 Case No.  2:12-cv-0981-KJM-KJN

CHECK RESOLUTION SERVICES

_____

                **IT IS ORDERED AND ADJUDGED** default judgment is hereby
                ENTERED against defendant:

                **Check Resolution Services**

August 8, 2013

                                                    MARIANNE MATHERLY, CLERK

                                                    By:  /s/ K. Zignago_____
                                                    K. Zignago, Deputy Clerk